**Motion Granted and Abatement Order filed November 14, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00828-CV
_____

**COURTYARD SNF, L.L.C. D/B/A COURTYARD CONVALESCENT CENTER AND MANDY AMANDA NATION, Appellants**

**V.**

**ARLENE SWEET, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF JOSEPH SWEET, SR., AND JOSEPH P. SWEET, JR., MICHAEL SWEET, BARBARA HAWKINS, RHONDA BLANTON AND REGINA BATTLE, Appellees**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-13886**

---

## ABATEMENT ORDER

On November 8, 2012, appellants notified this court that the parties had reached an agreement to settle the issues on appeal, and requested a further extension of time to file their brief until December 31, 2012, for completion of the settlement. The motion is unopposed. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until December 31, 2012. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM